FILED
CLERK, U.S. DISTRICT COURT
5/9/2016
CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joseph McDaniels,<br><br>          Plaintiff,<br><br>     v.<br><br>Federal Bureau of Prisons,<br><br>          Defendant. | Case No. **CV 14-7780-JFW (PLAx)**<br><br>**JUDGMENT** |

The Court, having granted the Defendant's motion for summary judgment based on its determination that there was no genuine issue as to any material fact and that Defendant was entitled to judgment as a matter of law on all claims for relief alleged against it,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that Defendant Federal Bureau of Prisons shall have judgment in its favor on Plaintiff Joseph McDaniels's entire action.

Dated: May 9, 2016

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE